THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDY PRISCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA MOSS, an individual, RICH PFEIFFER, an individual, GROWTH CENTRAL TRAINING, LLC, a limited liability company, and NATIONAL ANGER MANAGEMENT ASSOCIATION, LLC, a limited liability company,<br><br>Defendants. | NO. 3:24-cv-05236 KKE<br><br>AGREED ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING OR MOTION |

The Court GRANTS the parties' stipulation (Dkt. No. 23), and orders as follows: Defendants need not file a responsive pleading to Plaintiff's original complaint unless Plaintiff does not amend his complaint by September 16, 2024 (in which case the responsive pleading or motion will be due September 30, 2024). Defendants must file a responsive pleading or motion to Plaintiff's forthcoming amended complaint within the 14 days provided by FRCP 15(a)(3).

DATED this 27th day of August, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

AGREED ORDER TO EXTEND DEADLINE
TO FILE RESPONSIVE PLEADING OR
MOTION
CASE NO. 3:24-CV-05236 KKE

Page 1