UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDY PRISCO,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>LAURA MOSS, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C24-5236-KKE<br><br>ORDER REGARDING DISCOVERY CONFERENCE |

The Court held a discovery conference on September 5, 2025, to discuss a dispute related to certain interrogatories and requests for production that Plaintiff Andy Prisco served on Defendants Growth Central Training, LLC ("GCT") and National Anger Management Association, LLC ("NAMA"). The discovery requests seek GCT's revenue and expenses related to contracts for crisis intervention training services with the Washington State Health Care Authority ("HCA"), GCT's and NAMA's account statements since 2023, and NAMA's profit and loss statements. *See* Dkt. No. 43. The requests seek to ascertain GCT's and NAMA's profits related to two HCA contracts: an initial contract signed in 2023 (No. K6722) and a subsequent contract signed in 2024 (No. K7717).

For the reasons stated on the record, the Court finds that the at-issue discovery requests are relevant insofar as they seek information about, and are appropriately limited to, GCT's and NAMA's profits from the 2023 contract (No. K6722). But because the parties agree Prisco did

ORDER REGARDING DISCOVERY CONFERENCE - 1

not apply for the 2024 contract (No. K7717), the Court finds the requests are overbroad insofar as they pertain to the later contract.

Based on the Court's comments at the discovery conference, the parties have indicated they anticipate resolving their remaining disputes regarding the scope of Prisco's requests. Accordingly, the Court directs the parties to meet, confer, and file a joint status report by September 12, 2025. Their report should indicate the outcome of their discussions and advise the Court of any remaining disputes concerning Prisco's requests that require the Court's attention. To the extent disputes remain, the parties' status report should include the text of any disputed discovery request and the basis for any remaining objection to it.

Dated this 5th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER REGARDING DISCOVERY CONFERENCE - 2