THE HONORABLE KIMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDY PRISCO, an individual,<br><br>        Plaintiff,<br>  v.<br><br>LAURA MOSS, an individual and partner, RICH PFEIFFER, an individual and partner, GROWTH CENTRAL TRAINING, LLC, a limited liability company and partner, and NATIONAL ANGER MANAGEMENT ASSOCIATION, LLC, a limited liability company,<br><br>        Defendants. | Case No.: 3:24-cv-05236-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF DEADLINE |

This matter came before this Court on the Stipulated Motion to Continue Discovery Cutoff Deadline. The Court having reviewed and considered the files and pleadings in this matter, and being fully advised,

IT IS HEREBY ORDERED that the Stipulated Motion to Continue Discovery Cutoff Deadline is GRANTED. The discovery cutoff deadline is extended from December 4, 2025, until December 11, 2025. The remaining deadlines in the September 19, 2025 scheduling order remain unchanged. Dkt. No. 51.

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF DEADLINE - 1
63662-001 \ 105859461

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 12th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

STOKES LAWRENCE, P.S.

By: */s/ Mathew L. Harrington*
Mathew L. Harrington (WSBA #33276)

By: */s/ Valerie A. Walker*
Valerie A. Walker (WSBA #52584)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
mathew.harringon@stokeslaw.com
valerie.walker@stokeslaw.com

Attorneys for Plaintiff


ELLIS, LI & MCKINSTRY PLLC


By: */s/ Nathaniel L. Taylor*
Nathaniel L. Taylor (WSBA #27174)

By: */s/ McKenzie E. Kaus*
McKenzie E. Kaus (WSBA # 56748)
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
ntaylor@elmlaw.com
kkaus@elmlaw.com

Attorneys for Defendants

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF DEADLINE - 2
63662-001 \ 105859461

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000